IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01221-WDM

PAMELA K. PENNINGTON,

    Plaintiff(s),

v.

JO ANNE B. BARNHART,

    Defendant(s).

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's Motion for Attorney Fees is stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated: January 4, 2007

                                          s/ Jane Trexler, Judicial Assistant