UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-01221-WDM

PAMELA K. PENNINGTON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

    This matter is before me on plaintiff's Motion for Attorney Fees Under EAJA and the defendant's Response Notifying the Court of Defendant's Intent to Not Object to Plaintiff's Mtoion for Attorney Fees Under the Equal Access to Justice Act.  Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $4,830.60 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

    Accordingly, it is ordered:

1.    The stipulated motion for an award of attorney fees, filed December 26, 2006, is granted.

2.        Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $4,830.60.

DATED at Denver, Colorado, on January 11, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge