IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01221-WDM

PAMELA K. PENNINGTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER ON MOTION FOR ATTORNEYS' FEES

Miller, J.

    This matter is before me on Plaintiff's Unopposed Motion for an Award of Attorney's Fees Under 42 U.S.C. § 406(b) (Docket No. 35). Being sufficiently advised, I order that the Plaintiff's attorney be awarded, from Plaintiff's past due benefits, the additional amount of $3,189.15 for attorney's fees under 42 U.S.C. § 406(b) for representation in this Court.

    DATED at Denver, Colorado, on December 2, 2009.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL